IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN RE MICROSOFT CORP. | * | |
| ANTITRUST LITIGATION | * | MDL 1332 |
| | * | |
| This Document Relates To: | * | |
| | * | |
| AUTOMATIK DESIGN, INC. | * | Civil No. JFM-002-153 |
| | * | |
| v. | * | |
| | * | |
| MICROSOFT CORP. | * | |
| | ***** | |

ORDER

Upon consideration of the memoranda submitted in connection with the motion to remand filed by Automatik Design, Inc., and it appearing that the issues raised by Automatik Design, Inc.'s motion are substantially the same as those raised in earlier cases removed from the state courts in Louisiana in which I denied motions to remand, it is, this 28th day of October 2002

ORDERED that the motion to remand filed by Automatik Design, Inc. is denied.

J. Frederick Motz
United States District Judge

