IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN RE MICROSOFT CORP. | * | |
| ANTITRUST LITIGATION | * | MDL 1332 |
| | * | |
| AUTOMATIK DESIGN, INC. | * | |
| v. | * | Civil No. JFM-02-153 |
| MICROSOFT CORP. | * | |

*****

ORDER

For the reasons stated in the accompanying memorandum to counsel, it is, this 2nd day of December 2004

ORDERED

1. Microsoft's motion to dismiss is granted; and

2. This action is dismissed.

/s/
J. Frederick Motz
United States District Judge